Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−17322−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria Dana C. Fernandez
    aka Maria Dana Cazenas Fernandez, aka
    Maria D. Fernandez
    144 West Central Avenue
    Bergenfield, NJ 07621

Social Security No.:
    xxx−xx−9920

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/27/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 27, 2026
JAN: crr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Maria Dana C. Fernandez
     Debtor

Case No. 26-17322-SLM

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Jul 27, 2026

User: admin

Form ID: 148

Page 1 of 2

Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Maria Dana C. Fernandez, 144 West Central Avenue, Bergenfield, NJ 07621-1208 |
| 521265080 | + | I AM FCU, 310 W 43rd Street, New York, NY 10036-3981 |
| 521265086 | + | Rex Fernandez, 144 West Central Avenue, Bergenfield, NJ 07621-1208 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2026 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2026 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521267866 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 27 2026 21:15:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, SOUTHFIELD, MI 48034-8331 |
| 521265081 | + | EDI: IRS.COM | Jul 28 2026 01:07:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521275843 | | EDI: JEFFERSONCAP.COM | Jul 28 2026 01:07:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521298957 | | EDI: JEFFERSONCAP.COM | Jul 28 2026 01:07:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 521265083 | ^ | MEBN | Jul 27 2026 21:10:24 | KML Law Group PC, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 521265082 | + | Email/Text: bankruptcy@kikoff.com | Jul 27 2026 21:16:00 | Kikoff Lending LLC, 633 Folsom Street, Suite 300, San Francisco, CA 94107-3600 |
| 521296910 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:29:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521268504 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 27 2026 21:17:00 | NYS Dept. of Tax & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 521265084 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 27 2026 21:17:00 | New York State, Department of Taxation & Finance, PO Box 5300, Albany, NY 12205-0300 |
| 521265085 | + | EDI: AMINFOFP.COM | Jul 28 2026 01:07:00 | Premier Bkcrd/First Premier, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 521265088 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 27 2026 21:16:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 521265087 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2026 21:17:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

District/off: 0312-2

User: admin

Page 2 of 2

Date Rcvd: Jul 27, 2026

Form ID: 148

Total Noticed: 17

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026

Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew G. Greenberg | on behalf of Debtor Maria Dana C. Fernandez a.greenberglawfirm@verizon.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4